## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| Austin Carter, #400700, | ) | |
| | ) | Case No. 1:15-cv-00090 |
| Plaintiff, | ) | Chief Judge Kevin H. Sharp |
| | ) | Magistrate Judge E. Clifton Knowles |
| v. | ) | Jury Trial Demanded |
| | ) | |
| Corrections Corp. of America, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

---

### AFFIDAVIT OF BENJAMIN F. BEAN

---

Being first duly sworn, the affiant hereby testifies as follows:

1.      My name is Benjamin F. Bean and I am employed with the Tennessee Department of Correction (TDOC) as a Correctional Program Manager 1. In this role, I serve as the designee for the Deputy Commissioner of Operations for the review and response to the Level III Grievance Appeals that are appealed to the Deputy Commissioner.

2.      Because I am employed in the above-referenced role, I am the duly authorized custodian of the attached Grievance record that serves as the basis for the Level III Grievance Appeal Decision.

3.      Since he has been incarcerated with the TDOC, inmate Austin Carter (TDOC number 400700) has filed three grievances which were appealed to the final level of the grievance process. Records of these three disciplinary appeals are attached hereto.

4.      The attached records are true and correct copies of the original records maintained by the TDOC in relation to prison grievances numbered 00293856, 00288519, and 00281928.

1

5.     The attached records are kept in the course of the regularly conducted business activities of

the TDOC and were prepared as a regular practice and custom.

6.     Further affiant sayeth naught.

_____
Benjamin F. Bean
Correctional Program Manager 1
Tennessee Department of Correction

**State of Tennessee**
**County of Davidson**

On the _14th_ day of _March_ , 2016, appeared personally before me,

Benjamin F. Bean, known to be of lawful age and did sign and swear under penalties of law, the

aforesaid Affidavit in my presence.

Sworn to and subscribed before me this _14th_ day of _March_ , 2016.

_____
Notary Public

My commission expires: _7-3-18_

2

Menu    Favorites    Tools    Other Applications    Reports    Help    PROD

*Grievance*

TOMIS ID  **00400700**    Carter, Austin    Status  ACTV    Location SCCF

Links ◀

Suspend ☐

Refresh

Reset key fields

Enter

Search [          ]

| Grievance Id | Grievance Type | VI | L1 | L2 | L3 | Site | Posted Date | Resolved Date |
|---|---|---|---|---|---|---|---|---|
| 00293856 | HSV HEALTH SERVICES | | | | R | SCCF | 09/08/2015 | 10/21/2015 |
| 00288519 | COS COUNSELING STAF | | | | R | SCCF | 04/16/2015 | 05/26/2015 |
| 00281928 | MNT MAINTENANCE | | | | R | SCCF | 10/07/2014 | 12/01/2014 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

⏮    ⏭

**Bottom Of List**

FastPath [          ]

Go

Case 1:15-cv-00090   Document 83   Filed 03/15/16   Page 3 of 24 PageID #: 705

GRIEVANCE ID NO. 00293856 – HSV HEALTH SERVICES



**MEMO**

Inmate Name: _Austin Canter_     TDOC Number: _400700_

Institution: _SCC_     Housing Unit: _CA 202_

Institution Grievance Number: _22910_     TOMIS Grievance Number: _257806_

Commissioner's Response and Reasons:

The Director of Health Services has reviewed the grievance and:

☐ Concur with Warden     ☑ Concur with Supervisor     ☐ Concur with Committee

_10- 21-16_
Date

_Mwoolwers_
Deputy Commissioner of Operations

DS-19

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North •
Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

*(handwritten top-left: 13)*

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

Carter, Austin    400700    SCCF/CH202    293856/229TD

NAME        NUMBER        INSTITUTION & UNIT        GRIEVANCE/NUMBER

Summary of Evidence and Testimony Presented to Committee _____

Inmate Grievance Committee's Response and Reasons   Inappropriate per Policy 501.01
Sec VI H-8 Medical diagnosis & C-1 7 day limitation

9-17-15      Sco Stagge

DATE        CHAIRMAN           MEMBER

_____      _____      _____

MEMBER        MEMBER        MEMBER

======================================================

Warden's Response:   Agrees with Proposed Response    [✓]

Disagrees with Proposed Response    [ ]

If Disagrees, Reason(s) for Disagreement _____

Action Taken: _____

DATE: 9/18/15     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?    ✓ YES     NO

If yes:   Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

Austin Carter      9-22-15      _____

GRIEVANT        DATE        WITNESS

======================================================

Commissioner's Response and Reason(s): _____

*(stamp: RECEIVED OCT 0 7 2015 OPERATIONS)*

*(stamp: CLINICAL SERVICES OCT 21 2015 RECEIVED)*

_____           _____

DATE                  SIGNATURE

Distribution Upon Final Resolution:

     White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-1393 (Rev. 3-00)                          RDA 2244

INP/HSV
Peden



## TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

Austin Carter                    #400700              CA-202
_____NAME_____        _____NUMBER_____      __INSTITUTION & UNIT__

DESCRIPTION OF PROBLEM: I inmate Austin Carter #400700 on August 28, 2015, I
put in a sick call, however, the medical staff failed to put me on the List, I
also put in a sick call on the 29th and the 30th of 2015 due to pain from

REQUESTED SOLUTION: Policy Be fully Enforced T.D.o.C. #113-81 That I be. immed-
iately Referred to see The Doctor so that my pain And Injuries do not
become worse.

Austin Carter                                    9-4-15
____Signature of Grievant____                    ____Date____

============================================================

### TO BE COMPLETED BY GRIEVANCE CLERK

22910/293856              9-8-15              Sco Stacep
__Grievance Number__      __Date Received__   __Signature Of Grievance Clerk__

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____         _____
                      New Due Date                    Signature of Grievant

============================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: The last sick call received from
I'm was on 8-2-15 & on 8-3-15 record reflects a no show

Chairperson's Response and Reason(s): Inappropriate per Policy 501.01
See VI H-8 medical diagnosis & C-17 day
limitation.

DATE: 9-15-15        CHAIRPERSON: Sco Stacep

Do you wish to appeal this response? ✓ YES _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

Austin Carter              9-16-15
____GRIEVANT____           ____DATE____        ____WITNESS____

Distribution Upon Final Resolution:
     White - Inmate Grievant    Canary -- Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                    Page 1 of 2                    RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     (continuation sheet)

DESCRIPTION OF PROBLEM: Multiple injuries associated with past injuries I sustained when I fell on September 30, 2014 and Because of possible food poisoning from Chicken That was Served on August 24, 2015. on Monday August 31, 2015 when I went to medical For Sick Call, I wasn't on the List To see The nurse practitioner or the doctor. The Reason That I need To see The doctor is because I am in Constant pain due To injuries That I have from a prior injury That happened at This Facility. At a prior Sick Call, Call I saw nurse Rashti and she said that There was nothing she could do and that she could not give me Anything for my pain besides Ibuprofen. After I Told her That The Ibuprofen does nothing For The pain That I am in and The illness That I am suffering From The possible Contaminated chicken That was Served, She Said That It's been a year since my injuries And That she can't help me with Any of the problems That I was having. I Told her That it hasn't been a year And That I need Treatment For what's going on with me. It is True That The nurse Can't do Any thing for me, That is why I need To be Refe-rred To see Dr. Coble

Nurse Rashti Told me that if I Continue To Fill out Sick calls To see Dr. Coble, They will not process The sick call because Dr. Coble will not see me because He is backed up For Two month's. This is a direct Violation of TDOC policy 113-31 III. D (3)(c) which states in part: The Responsibilities/Duties of The Health Care provider Conducting sick call shall include The following: provide The appropriate Treatment in accordance with protocol, or Refer/schedule the inmate For an appointment with the Appropriate Health care provider. The Failure To provide adequate Treatment is a denial of access To medical care which Constitutes cruel and unusual punishment in Violation of the Eighth Amendment. It Also provides A Tort claim of negligence by the medical staff at This Institution.



**TENNESSEE DEPARTMENT OF CORRECTION**

RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 9-8-15

Please respond to the attached grievance, indicating any action taken.

Date Due: 9-11-15

293056/22910
Grievance Number

Carter Austin
Inmate Name

400700
Inmate Number

Per Chart review, the last sick call from Carter, Austin #400700 was recieved on 8/2/15. On 8/3/15 there is a no show for nursing sick call documented. Nurses collect the sick calls from boxes located on the compound nightly. Please hand deliver sick calls to these boxes to ensure they are recieved by medical. Nurses have protocols they use when seeing inmates for sick call. If there is no relief after suggestions from protocol book has been tried x3 times, the inmate is then referred to a provider. Our providers do treat Chronic pain from past injuries. Please hand deliver sick calls to sick call boxes, try the medications offered by nursing protocols and if no relief from pain is aquired after three sick calls, you will be referred to a provider.

Ambler Pader CNS/su
SIGNATURE

9/14/B
DATE

White - Inmate Grievant    Canary — Warden    Pink — Grievance Committee    Goldenrod — Commissioner

CR-3148 (Rev. 3-00)

RDA 2244

172                                        medical

## Grievance Response

**The Director of Health Services has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☑ Concurs with Supervisor

**The Director of Food Services has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☐ Concurs with Supervisor

**The Assistant Program Manager has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☐ Concurs with Supervisor

**The Director of Religious Services has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☐ Concurs with Supervisor

**The Director of Behavioral Services has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☐ Concurs with Supervisor

**The Director of Education has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☐ Concurs with Supervisor

**The Program Manager has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☐ Concurs with Supervisor

**The Title VI Coordinator has reviewed the grievance and:**
☐ Concurs with Warden  ☐ Concurs with Committee  ☐ Concurs with Supervisor

Other:

Inmate Name/Number: _Justine Carter_  _400700_

Institution: _SCCF_

Grievance Number: _2938516_

Signature/Date: _Patricia Eldridge_  _10-21-15_

# GRIEVANCE ID NO. 00288519 – COS COUNSELING STAF [SIC]

2030



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
**6TH FLOOR RACHEL JACKSON BUILDING**
**320 SIXTH AVENUE NORTH**
**NASHVILLE, TENNESSEE 37243-0465**
**OFFICE (615) 253-8180  •  FAX (615) 253-1668**

## MEMORANDUM

Inmate Name: _Austen Carter_          TDOC Number: _400700_

Institution: _SCF_          Housing Unit: _Pa 231_

Institution Grievance Number: _22271_     TOMIS Grievance Number: _288519_

Commissioner's Response and Reasons:

The Assistant Program Manager has reviewed the grievance and:

☐  Concur with Warden     ☑  Concur with Supervisor     ☐  Concur with Committee

_5-26-76_
Date

_Woodrup_
Deputy Commissioner of Operations

DS-9

2030



## TENNESSEE DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE RESPONSE

Carter, Austin    400700    SCIF/AB231    288519/22271
NAME        NUMBER      INSTITUTION & UNIT    GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _____

_____

Inmate Grievance Committee's Response and Reasons _Inappropriate per Policy_
_501.01 Sec VI H-3 Classification Matters_

_4-24-15_       _Sco Staggs_
DATE          CHAIRMAN                MEMBER

_____    _____    _____
MEMBER            MEMBER          MEMBER

=================================================================

Warden's Response:    Agrees with Proposed Response    [X]

Disagrees with Proposed Response    [ ]

If Disagrees, Reason(s) for Disagreement _____

_____

Action Taken: _____

DATE: _4-27-15_    WARDEN'S SIGNATURE: _Sie Damore_

Do you wish to appeal this response?   _✓_ YES     ___ NO

If yes:    Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issue or rebuttal/reaction to previous responses if so desired.

_Austin C. C._      _5-6-15_
GRIEVANT            DATE                WITNESS

=================================================================

Commissioner's Response and Reason(s): _____

RECEIVED

CLINICAL SERVICES

MAY 2 0 2015

MAY 2 1 2015

OPERATIONS
DATE                             SIGNATURE

RECEIVED

Distribution Upon Final Resolution:
     White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-1393 (Rev. 3-00)                                          RDA 2244



## TENNESSEE DEPARTMENT OF CORRECTION
## <u>INMATE GRIEVANCE</u>

NAME: Austin Carter    NUMBER: #400700    INSTITUTION & UNIT: S-C.C.7 AB-231

DESCRIPTION OF PROBLEM: I inmate Austin Carter #400700 have Been Mandated By The Parole Board To Take Pro Social Life Skill's. But I have Too much Time Togo To The Annex To Take The Program Here.

REQUESTED SOLUTION: For Inmate Austin Carter #400700 To be Transfered To whiteville or west High. Where I can Take The program, And Continue To Better my Self.

Signature of Grievant: Austin Carter    Date: 4-15-15

═══════════════════════════════════════════

### TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number: 22271/288519    Date Received: 4-16-15    Signature Of Grievance Clerk: Sco Stages

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date      Signature of Grievant

═══════════════════════════════════════════

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: I/m has not been parole mandated for Pro Social Life Skills. I/m's last hearing he was put off for 2 years.

Chairperson's Response and Reason(s): Inappropriate per Policy 501.01 Sec VI H-3 Classification matters Concur with Supervisor.

DATE: 4-21-15    CHAIRPERSON: Sco Stages

Do you wish to appeal this response? ✓ YES _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response

GRIEVANT: Austin Carter    DATE: 4-22-15    WITNESS: Sco Stages

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: On 4-10-15 I wrote Case Manager of CB Mr. Surge about my Transfer. I also wrote Mrs. Berry of A.A pod case manager. Mrs. Sharpe I Talked Too and she gave Mrs. Berry my Info. Still no Response. I wrote Warden Cherry Lindamood and I still Haven't Heard from noone. I've Talked To A case manager who was Here on Friday and she E-mailed Mr. Lee Brewer And She Hasn't gotten A Response.

Case 1:15-cv-00090   Document 83   Filed 03/15/16   Page 15 of 24 PageID #: 717



*INPICOS*
*Casteel*

# TENNESSEE DEPARTMENT OF CORRECTION
## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 4-16-15

Please respond to the attached grievance, indicating any action taken.

Date Due: 4-21-15

288519/22271
Grievance Number

Carter, Austin
Inmate Name

400700
Inmate Number

I'm Carter was put off for 2 years at his last parole hearing on 9-3-14. He was put off due to his charge and was not mandated to take Pro Social Life Skills. This is the information that ClC L. Brewer gave me when he was ask about this.

SIGNATURE

4-12-15
DATE

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-2143 (Rev. 1-00)

RDA 2244

## Grievance Response

**The Director of Health Services has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

**The Director of Food Services has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

**The Assistant Program Manager has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☑ Concurs with Supervisor

**The Director of Religious Services has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

**The Director of Behavioral Services has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

**The Director of Education has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

**The Program Manager has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

**The Title VI Coordinator has reviewed the grievance and:**
☐ Concurs with Warden    ☐ Concurs with Committee    ☐ Concurs with Supervisor

**Other:** _Program_

**Inmate Name/Number:** _Austin Carter  400700_

**Institution:** _SCCF_

**Grievance Number:** _288519_

**Signature/Date:** _Patricia Aldudge  5-22-15_

# GRIEVANCE ID NO. 00281928 – MNT MAINTENANCE

18228



STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
6TH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8180 • FAX (615) 253-1668

## MEMORANDUM

Inmate Name: _Austy Canter_     TDOC Number: _400700_

Institution: _SCF_     Housing Unit: _PP/125_

Institution Grievance Number: _21618_    TOMIS Grievance Number: _281528_

Commissioner's Response and Reasons:

☑ Concur with Warden    ☐ Concur with Supervisor    ☑ Appeal Denied

_12-1-14_
Date                Deputy Commissioner of Operations

DS-1A



18228

# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

Carter, Austin _____ 400700 _____ SCCF/DA125 _28928-2108_
NAME                    NUMBER    INSTITUTION & UNIT    GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _read complaint, solution, and_
_statements read_

Inmate Grievance Committee's Response and Reasons _concur make sure unit team_
_address maint issue in a timely manner so in the future_
_no injuries result from maint._

10/21/14    _Gina G Gorgol_          _Steven Brinkley_
DATE        CHAIRMAN                 MEMBER

_Tammy Yarbrough_    _Connie Benson_      _Michael Poe_
MEMBER              MEMBER               MEMBER

=======================================================================

Warden's Response:    Agrees with Proposed Response    ☒

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: _CONCUR w/ SUPERVISOR._

DATE: _10/22/14_    WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?    ____ YES    ____ NO

If yes:  Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

_Austin Carter_          _10.28.14_          _____
GRIEVANT                  DATE                WITNESS

=======================================================================

Commissioner's Response and Reason(s): _____

RECEIVED
NOV 14 2014
OPERATIONS

DATE    _____    SIGNATURE

Distribution Upon Final Resolution:
        White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod - Commissioner

CR-1393 (Rev. 3-00)    RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

Reg-MNT
Staggs

NAME: Austin Carter

NUMBER: #400700

INSTITUTION & UNIT: DA-125

DESCRIPTION OF PROBLEM: On Sept. 30, 2014 at approximately 1:40 pm I Austin Carter returned from lunch. I entered my cell and as I was leaving my cell I fell into a vast amount of water that I noticed after I fell →

REQUESTED SOLUTION: That corrective action be taken against maint dept who failed to address the leaking water issue that was reported by unit team that resulted in my injury.

Signature of Grievant: Austin Carter

Date: Oct. 1, 2014

---

TO BE COMPLETED BY GRIEVANCE CLERK

Grievance Number: 281928 · 216018

Date Received: 10/7/14

Signature Of Grievance Clerk: M'elroe

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
New Due Date _____     Signature of Grievant _____

---

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: Work order was submitted and was completed within 7 working days

Chairperson's Response and Reason(s): Concur with supervisor's response

DATE: 10/13/14     CHAIRPERSON: _____

Do you wish to appeal this response? ✓ YES ___ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: Austin Crt

DATE: 10·14·14

WITNESS: _____

Distribution Upon Final Resolution:
   White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)     Page 1 of 2     RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: was running down the wall of my Cell. as a result of this fall I banged my head and neck on the Concrete Floor and injured my back and spine area which has resulted in me suffering severe pain I was taken to the Clinic's (E.R. Area) where I was given an X-Ray and something for Pain. Yet I am still experienceing severe headaches, pain in my neck, Back and spine area.

Austin Carter #400 700

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
Case 1:15-cv-00090   Document 83   Filed 03/15/16   Page 22 of 24 PageID #: 724



**TENNESSEE DEPARTMENT OF CORRECTION**

RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 10/7/14

Please respond to the attached grievance, indicating any action taken.

Date Due: 10/10/14

28 A28-21618          Carter, Austin          400700
Grievance Number          Inmate Name          Inmate Number

A work order was submitted to maintenance by unit
staff on Friday 9/26/14 as a regular, non-emergency
work order and it was completed and items related
to toilet supply lines replaced within 7 working days.

Kem Staggs
SIGNATURE

10/9/14
DATE

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)          RDA 2244

# GRIEVANCE HEARING SUMMARY

DATE: October 21, 2014          Grievance 281928-21618

Grievant:     I/M Carter, Austin 400700

Present:     Gina Gonzales          Grievance Coordinator
             Connie Benson          Staff Board Member
             Tammy Yarbrough        Staff Board Member
             I/m Brinkley 341344     I/M Board Member
             I/m Poe 346992          I/m Board Member
             I/m Flemings 474595    I/m Grievance Clerk

Grievant enters: Chairperson reads grievance, supervisor's
response and the grievance solution. Explains procedure.

This complaint is on: Leak in cell cause injury.

Grievant comments: Maint. Came in but didn't know where the leak
was coming from. This leak was not fixed till after my injury.

Board Questions: Did they attempt to fix this before injury? No
didn't know where it was leaking from.
Is it fixed now? Yes

Hearing Concluded.