094-184-00

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| AUSTIN CARTER #400700, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-00090 |
| ) | CHIEF JUDGE SHARP/KNOWLES |
| CORRECTIONS CORP. OF AMERICA, et al., ) | **Jury Demand** |
| ) | |
| ) | |
| Defendants. ) | |

MOTION FOR LEAVE OF COURT TO FILE DISPOSITIVE MOTION UNDER SEAL

Defendants Corrections Corporation of America ("CCA"), Cherry Lindamood, Danny Dodd, Christopher McClain, Dr. Robert Coble, Bill Morgan, Katherine Buttram, and Dewell Jamerson, Jr., by and through their undersigned counsel, respectfully request leave of court to file a dispositive motion under seal. Defendants state to the court that the dispositive motion that Defendants have prepared in response to Plaintiff's Complaint contains medical information concerning the Plaintiff's medical treatment and that it is necessary for these medical documents to be filed under seal pursuant to privacy laws. Additionally, Defendants assert that this request will not prejudice any party, but will in fact protect the privacy of the Plaintiff.

WHEREFORE, Defendants respectfully request that the Court enter an order for leave to allow Defendants to file their dispositive motion under seal.

Respectfully submitted,

PENTECOST, GLENN, MAULDIN & YORK, PLLC

By: s/James I. Pentecost
James I. Pentecost (#11640)
J. Austin Stokes (#31308)
*Attorneys for CCA Defendants*
106 Stonebridge Boulevard
Jackson, Tennessee 38305
(731) 668-5995
(731) 668-7163

**CERTIFICATE OF SERVICE**

This is to certify that I served a copy of this pleading (Motion for Leave of Court to File Dispositive Motion Under Seal) by U.S. mail upon the following:

Austin Carter
#400700
140 Macon Way
Hartsville, TN 37074

Herbert H. Slatery III
Jennifer L. Brenner
Office of the Attorney General
Civil Rights and Claims Division
P.O. Box 20207
Nashville, TN 37202-0207

on or before the filing date thereof.

DATE: This the 14th day of April, 2016.

By: s/James I. Pentecost
James I. Pentecost