## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| AUSTIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:15-cv-00090 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Court **ADOPTS** the Report and

Recommendation (Docket Entry No. 121). Due to material factual disputes, the motions for summary

judgment filed by Defendants Schofield, Parker, and Woodall (Docket Entry No. 80); Defendants

CCA, Lindamood, Dodd, McClain, Cobble, Morgan, Buttram, and Jamerson (Docket Entry No. 95);

and Plaintiff (Docket Entry No. 103) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of January, 2017.

WILLIAM J. HAYNES, JR.
Senior United States District Judge